UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 27 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DENNIS FUGNETTI PHOTOGRAPHY TRUST,<br><br>        Plaintiff-Appellee,<br><br>and<br><br>DENNIS FUGNETTI, Katie Fugnetti trustee of the Dennis Fugnetti Photography Trust,<br><br>        Plaintiff,<br><br> v.<br><br>BIRD B GONE, LLC,<br><br>        Defendant-Appellant,<br><br>and<br><br>DOES, 1-10, inclusive,<br><br>        Defendant. | No. 23-55048<br><br>D.C. No. 8:19-cv-00847-SK<br>Central District of California, Santa Ana<br><br>ORDER |
| DENNIS FUGNETTI PHOTOGRAPHY TRUST,<br><br>        Plaintiff-Appellant,<br><br>and<br><br>DENNIS FUGNETTI, Katie Fugnetti trustee of the Dennis Fugnetti Photography Trust, | No. 23-55092<br><br>D.C. No. 8:19-cv-00847-SK |

Plaintiff,

v.

BIRD B GONE, LLC,

Defendant-Appellee,

and

DOES, 1-10, inclusive,

Defendant.

In an order filed March 10, 2023, these appeals were administratively closed. The appeals are reopened.

By April 07, 2023, appellants shall file either a motion or a stipulation to dismiss these matters pursuant to Fed. R. App. P. 42(b), or shall contact the Circuit Mediator.

FOR THE COURT:

By: Robert S. Kaiser
Circuit Mediator