John van Loben Sels (SBN 201354)
jvanlobensels@thoits.com
Soyeun D. Choi (SBN 211344)
schoi@thoits.com
Brittany M. Nobles (SBN 343513)
bnobles@thoits.com
THOITS LAW
400 Main Street, Suite 250
Los Altos, CA 94022
Telephone: (650) 327-4200
Facsimile: (650) 325-5572
*Attorneys for Appellant and Cross-Appellee,*
BIRD B GONE, INC. f/k/a BIRD B GONE, LLC

Ryan E. Carreon (SBN 311668)
rcarreon@higbee.law
HIGBEE & ASSOCIATES
1504 Brookhollow Drive, Suite 112
Santa Ana, CA 92705
Telephone: (714) 617-8336
Facsimile: (714) 597-6729
*Attorneys for Appellee and Cross-Appellant*,
DENNIS FUGNETTI PHOTOGRAPHY TRUST

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| DENNIS FUGNETTI PHOTOGRAPHY TRUST, <br><br> Plaintiff-Appellee-Cross-Appellant, <br><br> and <br><br> DENNIS FUGNETTI, Katie Fugnetti trustee of the Dennis Fugnetti Photography Trust <br><br> Plaintiff <br><br> v. <br><br> BIRD B GONE, LLC, <br><br> Defendant-Appellant-Cross-Appellee, <br><br> and <br><br> DOES, 1-10, inclusive, <br><br> Defendant | Nos. 23-55048 <br> 23-55092 <br><br> D.C. No. 8:19-cv-00847-SK <br> U.S. District Court for Central California, Santa Ana <br><br> **JOINT STIPULATED MOTION TO VOLUNTARILY DISMISS CROSS-APPEALS** |

1

**JOINT STIPULATED MOTION TO VOLUNTARILY DISMISS CROSS-APPEALS**

Pursuant to Federal Rule of Appellate Procedure 42(b), Appellant and Cross-Appellee Bird B Gone, Inc. f/k/a Bird B Gone, LLC and Appellee and Cross-Appellant Dennis Fugnetti Photography Trust (collectively, the "Parties") hereby move this Court for an order dismissing the above captioned appeals.

The Parties have agreed to terms to fully and finally resolve their cross-appeals and the underlying action in the district court. FED. R. APP. P. 42(b)(2). The Parties have agreed that each side shall bear its costs and fees on appeal.

Respectfully submitted,

Dated: March 28, 2023     **THOITS LAW**

By: ***/s/John van Loben Sels***

John van Loben Sels
*Attorneys for Appellant and Cross-Appellee*,
BIRD B GONE, INC.

By: ***/s/Ryan E. Carreon***

Ryan E. Carreon
*Attorneys for Appellee and Cross-Appellant*,
DENNIS FUGNETTI PHOTOGRPAHY TRUST

2
**JOINT STIPULATED MOTION TO VOLUNTARILY DISMISS CROSS-APPEALS**