UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 26 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DENNIS FUGNETTI PHOTOGRAPHY
TRUST,

Plaintiff-Appellee,

and

DENNIS FUGNETTI, Katie Fugnetti trustee
of the Dennis Fugnetti Photography Trust,

Plaintiff,

v.

BIRD B GONE, LLC,

Defendant-Appellant,

and

DOES, 1-10, inclusive,

Defendant.

No.    23-55048

D.C. No. 8:19-cv-00847-SK
Central District of California,
Santa Ana

ORDER

DENNIS FUGNETTI PHOTOGRAPHY
TRUST,

Plaintiff-Appellant,

and

DENNIS FUGNETTI, Katie Fugnetti trustee
of the Dennis Fugnetti Photography Trust,

No.    23-55092

D.C. No. 8:19-cv-00847-SK

|                          |
|--------------------------|

Plaintiff,

  v.

BIRD B GONE, LLC,

             Defendant-Appellee,

 and

DOES, 1-10, inclusive,

             Defendant.

Pursuant to the stipulation of the parties (Docket Entry No. 8 and Docket Entry No. 5), these appeals are voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Robert S. Kaiser
Circuit Mediator